# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135173

BENJAMIN ISRAEL SACHS, Personal
Representative of the Estate of
Janis Chernoff Sachs,
        Plaintiff-Appellee,

v

SINAI HOSPITAL OF GREATER
DETROIT, a/k/a SINAI HOSPITAL,
and DETROIT MEDICAL CENTER,
        Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135173
COA: 270321
Wayne CC: 99-929550-NH

_____/

On order of the Court, the application for leave to appeal the September 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk